UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

CIVIL ACTION NO. 05-98-DLB

BBS TECHNOLOGIES, INC                                                      PLAINTIFF

vs.                                       **JUDGMENT**

REMINGTON ARMS CO., INC.                                                   DEFENDANT

*********************

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the within matter be, and it is, hereby **dismissed**, without prejudice.

This 22nd day of November, 2005.

Signed By:
David L. Bunning
United States District Judge

G:\DATA\Opinions\05-98-Judgment-11-22.wpd